FRUCHT IMPROVEMENT CORPORATION v. WILLIAM M. SHEFFIELD.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

RICHMOND J. REESE v. JULE DELMAR.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

RICHMOND J. REESE v. JULE DELMAR.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

RUDOLPH LEWITUS v. JOHN M. McCAULEY.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SIEGEL & LIPPOFF, INC., v. HARRY KITZINGER & COMPANY.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOHN M. THOMPSON & CO., INC., v. ESTHER GRUBER.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'MALLEY, JJ.

PANSY DRESS CO., INC., v. MIKE REITER and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY v. ESTHER CROSNEY.— Motion for leave to appeal granted; question certified. Motion for extension of time granted, so far as to grant to the defendant an extension of time in which to answer the complaint pending the determination of appeal by the Court of Appeals. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

WALTER MOORE v. CHARLES T. WILLS, INC., and Another.— Motion for leave to appeal denied, with ten dollars costs; motion for stay granted upon defendant Charles T. Wills, Inc., filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEWIS H. MAY COMPANY v. FREDERICK J. LANCASTER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN J. O'BRIEN, an Infant, etc., v. JOHN C. EIDT.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

JOHN O'BRIEN v. JOHN C. EIDT.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

GEORGE L. WHITAKER and Another, Copartners, etc., v. EQUITABLE LAUNDRY MACHINERY CORPORATION.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for extension of time to answer granted. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

WALTER MOORE v. CHARLES T. WILLS, INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX ROSENBLATT v. SURPRISE BUILDING COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

OSCAR L. RICHARD and Others v. THE CONNECTICUT ELECTRIC MANUFACTURING COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.